AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2009 JUN -4 P 3:56

United States of America
v.

Junwu Chen

*Defendant*

Case No. 09-mj-59

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  09/15/2007  in the county of  Rockingham  in the _____ District of New Hampshire, the defendant violated  18  U. S. C. § 2320 , an offense described as follows:

Trafficking in Counterfeit Goods, in that Junwu Chen intentionally trafficked in goods and knowingly used a counterfeit mark on and in connection with such goods. Junwu Chen sold four counterfeit handbags and one counterfeit backpack which bore counterfeit marks purporting to identify those items as products made by Prada and Gucci Shops, Inc.

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Shyamala Tucker, ICE Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  6/4/09

*Judge's signature*

City and state:   Concord, New Hampshire    James R. Muirhead, U.S. Magistrate-Judge
*Printed name and title*