```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                     Criminal No. 09-cr-181-01-JL

<u>Junwu Chen</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 16 ) filed by defendant is granted; Final Pretrial is rescheduled to March 25 at 3:00pm; Trial is continued to the two-week period beginning April 6, 2010, 9:30am.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                       _____
                                       Joseph N. Laplante
                                       United States District Judge

Date: January 13, 2010

cc:  Mark E. Howard, Esq.
     Mark S. Zuckerman, Esq.
     U.S. Marshal
     U.S. Probation