UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                Criminal No. 09-cr-181-01-JL

<u>Junwu Chen</u>

## JUDGMENT OF ACQUITTAL

The defendant was found not guilty by jury verdict rendered April 19, 2010.

IT IS ORDERED that the defendant is acquitted, discharged, and any bond exonerated.

_____
Joseph N. Laplante
United States District Judge

Date:  April 21, 2010

cc:    Mark Zuckerman, AUSA
       Mark Howard, Esq.
       U.S. Probation
       U.S. Marshal

USDCNH-51 (5/95)